[No. 51559-4-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN CHARLES FINK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03306-3, Laura Gene Middaugh, J., entered December 6, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51567-5-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WENCESLAO VERA RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02349-1, Michael J. Fox, J., entered November 25, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51578-1-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. G.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-02817-1, Mariane Spearman, J. Pro Tem., entered December 17, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington, A.C.J., and Becker, J.

[No. 51709-1-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07250-6, Donald D. Haley, J., entered January 22, 2003. *Affirmed* by unpublished per curiam opinion.